```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 10895
   ODESSA MILLER
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-9630


--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 04/30/2008 and was not confirmed.

     The case was dismissed without confirmation 08/28/2008.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
--------------------------------------------------------------------------
AMERICASH LOANS LLC       UNSECURED           535.25         .00            .00
AT&T                      UNSECURED        NOT FILED         .00            .00
MCI                       UNSECURED        NOT FILED         .00            .00
CHECK N GO                UNSECURED        NOT FILED         .00            .00
METRO CENTER FOR HEALTH   UNSECURED        NOT FILED         .00            .00
FIRST CASH ADVANCE        UNSECURED           430.00         .00            .00
MIDWEST EMERGENCY ASSOC   UNSECURED        NOT FILED         .00            .00
INTERNAL REVENUE SERVICE  UNSECURED        NOT FILED         .00            .00
PRONGER SMITH MEDICAL AS  UNSECURED        NOT FILED         .00            .00
NICOR GAS                 UNSECURED        NOT FILED         .00            .00
NORTHSTAR LOANS           UNSECURED           490.00         .00            .00
RGS COLLECTIONS INC       UNSECURED        NOT FILED         .00            .00
SPECIFIED CREDIT ASSOC    UNSECURED        NOT FILED         .00            .00
INTERNAL REVENUE SERVICE  PRIORITY         NOT FILED         .00            .00
SBC                       UNSECURED           152.88         .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY           .00                         .00
TOM VAUGHN                TRUSTEE                                           .00
DEBTOR REFUND             REFUND                                            .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                             .00
DEBTOR REFUND                                    .00
                        --------------   --------------
TOTALS                        .00                .00


                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 10895 ODESSA MILLER
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 11/20/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |

PAGE   2
CASE NO. 08 B 10895 ODESSA MILLER